**Jason de Bretteville,** State Bar No. 195069
  jdebretteville@sycr.com
**Ahmad S. Takouche**, State Bar No. 322911
  atakouche@sycr.com
**Stradling Yocca Carlson & Rauth, P.C.**
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone: (949) 725-4000
Facsimile: (949) 725-4100

Attorneys for Plaintiffs
QUALITY INVESTMENT FUND, MALTA 1, LTD.,
and QUALITY INVESTMENT FUND

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| QUALITY INVESTMENT FUND, MALTA 1, LTD., a Malta Company, and QUALITY INVESTMENT FUND, a Malta Company,<br><br>Plaintiffs,<br><br>vs.<br><br>MARTIN SCHUERMANN, an individual, and VISION INDUSTRIES CORP. dba VISION MOTOR CORPORATION, a Florida corporation,<br><br>Defendants. | CASE NO. 2:16-cv-05720-TJH-JEM<br><br>Hon. Terry Hatter Jr.<br><br>**Declaration of Ahmad S. Takouche In Support Of Renewed Noticed Motion and Motion for Entry of Default Judgment Against Defendant Martin Schuermann**<br><br>DATE: June 15, 2020<br>TIME: UNDER SUBMISSION |

# DECLARATION OF AHMAD S. TAKOUCHE

I, Ahmad S. Takouche, hereby state and declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am an associate at Stradling, Yocca, Carlson & Rauth, P.C., attorneys of record for Plaintiffs Quality Investment Fund, Malta 1, Ltd. and Quality Investment Fund (collectively, "Plaintiffs"). I have personal knowledge of the facts set forth herein. If called as a witness, I could and would competently testify to the matters stated herein.

2. On July 23, the Court published an order deeming service of the Amended Complaint effective on defendant Martin Schuermann ("Schuermann"). (USDC Dkt. No. 38.) Under Federal Rule of Civil Procedure 12, Schuermann was required to appear to otherwise respond to the Amended Complaint on or before August 13, 2018. He has not appeared or otherwise responded to the Amended Complaint as of the date of this filing.

3. Schuermann is an adult that is not an incompetent person, and is not in the military service.

4. On May 14, 2020, the Court issued an order deeming substitute service through Ms. Downtown Julie Brown's social media accounts appropriate. (USDC Dkt. No. 61.)

5. Pursuant to this Court's order, on May 15, 2020, I messaged Ms. Brown the Renewed Motion for Default Judgment through her Instagram and Twitter accounts. Ms. Brown's Instagram account is @downtownjuliebrown, and her Twitter account is @DTJB.

Executed under penalty of perjury under the laws of the United States of America on May 15, 2020, in Newport Beach, California.

                                        */s/ Ahmad S. Takouche*
                                        Ahmad S. Takouche