**Jason de Bretteville,** State Bar No. 195069
  jdebretteville@sycr.com
**Ahmad S. Takouche**, State Bar No. 322911
  atakouche@sycr.com
**Stradling Yocca Carlson & Rauth, P.C.**
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone:  (949) 725-4000
Facsimile:  (949) 725-4100

Attorneys for Plaintiffs
QUALITY INVESTMENT FUND, MALTA 1, LTD.,
and QUALITY INVESTMENT FUND

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| QUALITY INVESTMENT FUND, MALTA 1, LTD., a Malta Company, and QUALITY INVESTMENT FUND, a Malta Company,<br><br>  Plaintiffs,<br><br>vs.<br><br>MARTIN SCHUERMANN, an individual, and VISION INDUSTRIES CORP. dba VISION MOTOR CORPORATION, a Florida corporation,<br><br>  Defendants. | CASE NO. 2:16-cv-05720-TJH-JEM<br><br>Hon. Terry Hatter Jr.<br><br>**Declaration of Paolo Brückner In Support Of Renewed Noticed Motion and Motion for Entry of Default Judgment Against Defendant Martin Schuermann**<br><br>DATE:  June 15, 2020<br>TIME: UNDER SUBMISSION |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-1-    CASE NO. 2:16-cv-05720
DECLARATION OF PAOLO BRÜCKNER

# DECLARATION OF PAOLO BRÜCKNER

I, Paolo Brückner, hereby state and declare as follows:

1. I am a director of Novium Opportunity Umbrella SICAV PLC, and its distinct Subfund "Quality Investment Fund" which is the sole shareholder of QIF Malta 1 Ltd. I am also the majority shareholder of Novium AG, which was the asset manager of Quality Investment Fund until November 2017 (QIF Malta 1 Ltd. and Quality Investment Fund are collectively "Plaintiffs"). I have personal knowledge of the facts set forth herein. If called as a witness, I could and would competently testify to the matters stated herein.

2. On or about February 19, 2010, plaintiff Quality Investment Fund invested $300,000 in Vision through a private placement.

3. On or about April 5, 2010, plaintiff converted $300,000 from the February 19, 2010 investment into 1,200,000 shares of Vision common stock.

4. **Exhibit 1** is a true and correct copy of Vision's Annual Report on Form 10-K for the fiscal year ended December 31, 2010, which reflects that stock issued to Plaintiffs.

5. On or about October 6, 2010, plaintiff Quality Investment Fund invested EUR 300,000 ($450,696) in Vision through a convertible promissory note with Vision for $450,696 at an interest rate of 12% per annum.

6. **Exhibit 2** is a true and correct copy of Vision's Current Report on Form 8-K as filed on October 12, 2010 reflecting that promissory note.

7. On or about November 18, 2010, plaintiff Quality Investment Fund invested $600,000 in Vision through a convertible promissory note with Vision at an interest rate of 12% per annum.

8. **Exhibit 3** is a true and correct copy of that promissory note, for which I am a signatory.

9. **Exhibit 4** is a true and correct copy of Vision's Current Report on Form 8-K as filed on November 15, 2010, which also reflects that promissory note.

10. On or about December 21, 2010, plaintiff Quality Investment Fund Malta 1, Ltd. invested $500,000 in Vision through a loan at an interest rate of 5% per annum.

11. **Exhibit 5** is a true and correct copy of that loan agreement.

12. On or about June 7, 2011, plaintiff Quality Investment Fund converted $300,000 from the October 6, 2010 investment into 6,985,777 shares of Vision common stock.

13. **Exhibit 6** is a true and correct copy of Vision's Current Report on Form 8-K as filed on July 5, 2011 reflecting that conversion into Vision's common stock.

14. On or about June 25, 2012, plaintiff Quality Investment Fund converted $600,000 from the November 15, 2010 investment into 13,443,945 shares of Vision common stock.

15. **Exhibit 7** is a true and correct copy of that note conversion agreement, for which I am a signatory.

16. On or about June 25, 2012, plaintiff Quality Investment Fund Malta 1, Ltd. converted $500,000 from the December 12, 2010 investment into 10,750,000 shares of Vision common stock.

17. **Exhibit 8** is a true and correct copy of that note conversion agreement.

18. **Exhibit 9** is a true and correct copy of Vision's Current Report on Form 8-K as filed on July 2, 2012 reflecting both stock conversions from June 25, 2012.

19. On or about September 12, 2012, plaintiff Quality Investment Fund Malta 1, Ltd. invested $500,000 in Vision through a loan at an interest rate of 8% per annum.

20. **Exhibit 10** is a true and correct copy of Vision's Quarterly Report on Form 10-Q as filed on September 6, 2012 reflecting that investment.

21. On or about February 4, 2013, plaintiff Quality Investment Fund Malta 1, Ltd. invested $1,290,000 in Vision through a loan at an interest rate of 8% per annum.

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-3-   CASE NO. 2:16-cv-05720
DECLARATION OF PAOLO BRÜCKNER

22. **Exhibit 11** is a true and correct copy of that loan agreement.

23. **Exhibit 12** is a true and correct copy of Vision's Current Report on Form 8-K as filed on February 12, 2013 reflecting both the September 12, 2012 and February 4, 2013 loans.

24. On or about December 31, 2013, plaintiff Quality Investment Fund Malta 1, Ltd. converted the September 12, 2012 and February 4, 2013 loans into equity. Plaintiff converted the loans and interest owed by Vision into 6,533,100 shares of Vision common stock.

25. **Exhibit 13** is a true and correct copy of that loan conversion agreement.

26. On or about February 3, 2014, plaintiff Quality Investment Fund Malta 1, Ltd. made a final investment into Vision of $80,000 through a loan bearing interest at a rate of 8% per annum.

27. **Exhibit 14** is a true and correct copy of that loan agreement.

28. Plaintiff Quality Investment Fund Malta 1, Ltd.'s investment in Vision is $2,370,000.

29. Plaintiff Quality Investment Fund's investment in Vision is $1,350,696.

30. Plaintiffs' total investment in Vision is $3,720,696.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 14, 2020.

_____
Paolo Brückner