**Jason de Bretteville,** State Bar No. 195069
  jdebretteville@sycr.com
**Ahmad S. Takouche**, State Bar No. 322911
  atakouche@sycr.com
**Stradling Yocca Carlson & Rauth, P.C.**
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone: (949) 725-4000
Facsimile: (949) 725-4100

Attorneys for Plaintiffs
QUALITY INVESTMENT FUND, MALTA 1, LTD.,
and QUALITY INVESTMENT FUND

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| QUALITY INVESTMENT FUND, MALTA 1, LTD., a Malta Company, and QUALITY INVESTMENT FUND, a Malta Company,<br><br>Plaintiffs,<br><br>vs.<br><br>MARTIN SCHUERMANN, an individual, and VISION INDUSTRIES CORP. dba VISION MOTOR CORPORATION, a Florida corporation,<br><br>Defendants. | CASE NO. 2:16-cv-05720-TJH-JEM<br><br>Hon. Terry Hatter Jr.<br><br>**[PROPOSED] Order Granting Renewed Motion For Entry Of Default Judgment Against Defendant Martin Schuermann**<br><br>DATE: June 15, 2020<br>TIME: UNDER SUBMISSION |

1  Upon consideration of plaintiffs Quality Investment Fund, Malta 1, Ltd. and
2  Quality Investment Fund's ("Plaintiffs") Renewed Motion for Entry of Default
3  Against Martin Schuermann, the declarations of Ahmad S. Takouche and Paolo
4  Bruckner, and good cause having been shown:

5  IT IS HEREBY ORDERED that Plaintiffs Motion is GRANTED.  Plaintiffs
6  are awarded judgment against Schuermann as follows:

- $2,370,000 in compensatory damages / restitution to Quality Investment Fund, Malta 1, Ltd.;
- $1,350,696 in compensatory damages / restitution to Quality Investment Fund;
- Pre-judgment interest in the amount of $987,100.65 to Plaintiffs;
- And post judgment interest pursuant to 28 U.S.C. § 1961 at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the judgment.

**IT IS SO ORDERED.**

Dated: _____             _____
                               Honorable Judge Terry J. Hatter, Jr.

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-2-          CASE NO. 2:16-cv-05720
[PROPOSED] ORDER